**Order entered May 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01205-CV

**JALIA STEPHENS, Appellant**

**V.**

**ROSELAND ESTATES, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03495-D**

## ORDER

The reporter's record in this case has not been filed. By order dated November 26, 2014, we ordered appellant to provide the Court with written verification she had requested the record and had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation would result in the appeal being ordered submitted without the reporter's record. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the reporter's record. Therefore, we **ORDER** this appeal submitted without a reporter's record. Appellant's brief is due **THIRTY DAYS** from the date of

this order.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE